UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ELIZABETH M. WREDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-cv-144-CCS |
| | ) | |
| WILLIAM CARTER, JR., and ALLISON LEE PILCHARD, | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties for all further proceedings, including entry of judgment [Doc. 12].

Now before the Court is the Joint Motion to Modify Scheduling Order [Doc. 33], filed on October 6, 2016. In the parties' Joint Motion, they request that the dispositive motion deadline be extended to November 1, 2016, and that responses be filed on November 14, 2016. In addition, they propose a motion hearing and pretrial conference on November 22, 2016.

The parties appeared telephonically before the Court on October 18, 2016, to reset certain deadlines in this case. Attorney Curtis Isabell appeared on behalf of the Plaintiff, Attorney J. Scott Griswold appeared on behalf of Defendant Carter, and Attorney Katherine Goodner appeared on behalf of Defendant Pilchard. During the hearing, the parties agreed that the trial should be continued to January 31, 2017. In addition, the parties agreed that dispositive motions shall be filed on or before November 1, 2016. Responses to dispositive motions shall be due on or before November 14, 2016, and reply briefs shall be due on or before November 22, 2016.

The parties shall appear before this Court on December 1, 2016, at 1:30 p.m. to address the dispositive motions. Accordingly, the Court finds the Joint Motion to Modify Scheduling Order [**Doc. 33**] is **GRANTED IN PART AND DENIED IN PART**. It is **ORDERED**:

1. Dispositive motions shall be due on or before **November 1, 2016**;

2. Responses to dispositive motions shall be due on or before **November 14, 2016**, and replies shall be due on or before **November 22, 2016**;

3. The parties shall appear before the Court on **December 1, 2016**, at **1:30 p.m.,** for a motion hearing;

4. The parties shall each file a trial brief on or before **January 17, 2017**, with their anticipated proof and evidence;

5. The initial pretrial conference scheduled for November 15, 2016, at 9:30 a.m., is hereby continued to **January 23, 2017, at 9:30 a.m.**;

6. The trial scheduled for December 6, 2016, is continued to **January 31, 2017, at 9:00 a.m.**; and

7. All unexpired deadlines in the Scheduling Order [Doc. 15] shall be recalculated according to the new trial date.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge